# ELECTRONIC RECORD

341-15
342-15

COA # 05-13-00978-CR          OFFENSE: 46.04

STYLE: Roy Curtis Stuart Jr v. The State of Texas          COUNTY: Dallas

COA DISPOSITION: AFFIRM          TRIAL COURT: Criminal District Court No. 7

DATE: 02/25/2015          Publish: NO          TC CASE #: F-1352718-Y

# IN THE COURT OF CRIMINAL APPEALS

341-15
342-15

STYLE: Roy Curtis Stuart Jr v. The State of Texas          CCA #: _____

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____refused_____          JUDGE: _____

DATE: July 29, 2015          SIGNED: _____          PC: _____

JUDGE: PC          PUBLISH: _____          DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____